# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 19-cv-10177-GAO

Michael P. Bonagwa
**Plaintiff**

v.

Kristjen M. Nielsen
**Defendant**

## ORDER OF REMAND

O'Toole, D.J.

In accordance with the Court's allowance of Motion to remand issued on 12/31/19 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to United States Citizenship and Immigration Services for further proceedings.

By the Court,

/s/ Taylor Halley
Deputy Clerk

December 31, 2019